AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| JOHANNA NEGRON ADAMES, ET ALS<br><br>*Plaintiff(s)*<br>v.<br>DORADO HEALTH, INC. d/b/a BAYAMON MEDICAL CENTER, ET ALS<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 21-cv-1077(WGY)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DR. FRANCISCO DUBOCQ BERDEQUEZ
68 Calle Santa Cruz, Torre San Pablo, Suite 101, Bayamon, PR 00961

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  PEDRO F. SOLER MUNIZ
USDC/PR NO. 212909
1357 ASHFORD AVE., PMB 106
SAN JUAN, PR 00907
Tel. 787-774-6522; Fax 787-706-8680
psoler@pedrosolerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARIA ANTONGIORGI-JORDAN, ESQ.
CLERK OF COURT

Date: _____02/17/2021_____                    Digitally signed by Antonio Rodriguez-Gonzalez
                                              Date: 2021.02.17 12:29:12 -04'00'

                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-cv-1077(WGY)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Francisco Dubogo
was received by me on *(date)* 19/2/2021 .

☑ I personally served the summons on the individual at *(place)* 68 calle Santa Cruz, Torre San Pablo, Suite 101 on *(date)* 23/2/2021 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 23/2/2021

_____
Server's signature

Victor Guadalupe
Printed name and title

Pnte Americana Garden
C-20 Eglis-2A apt-347
Trujillo Alto
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| JOHANNA NEGRON ADAMES, ET ALS <br><br> *Plaintiff(s)* <br> v. <br> DORADO HEALTH, INC. d/b/a BAYAMON MEDICAL CENTER, et als <br><br> *Defendant(s)* | ))))))))))))) Civil Action No. 21-cv-1077(WGY) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DORADO HEALTH, INC.
Calle Hernandez Carrion Num. 538, Manati, PR 00674 and/ or Carr. 2, Km 11.7, Bayamon, PR 00959

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    PEDRO F. SOLER MUNIZ
USDC/PR NO. 212,909
1357 ASHFORD AVE., PMB 106
SAN JUAN, PR 00907
Tel. 787-774-6522; Fax 787-706-8680
psoler@pedrosolerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Digitally signed by Antonio Rodriguez-Gonzalez
Date: 2021.02.17 12:27:57 -04'00'

Date:  02/17/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-cv-1077(WGY)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dorado Health Inc.
was received by me on *(date)* 21/2/2021.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* R/P. Riccardo Perez, who is designated by law to accept service of process on behalf of *(name of organization)* Dorado health Inc. on *(date)* 22/2/21; or 22/2/21 12:44

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 22/2/2021

Server's signature

Victor Guadalupe
Printed name and title

[illegible address] apt-347
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| JOHANNA NEGRON ADAMES, ET ALS <br><br> *Plaintiff(s)* <br> v. <br> DORADO HEALTH, INC. d/b/a BAYAMON MEDICAL CENTER <br><br> *Defendant(s)* | Civil Action No. 21-cv-1077(WGY) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Conjugal Partnership DUBOCQ-POE
68 Calle Santa Cruz, Torre San Pablo, Suite 101, Bayamon, PR 00961

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    PEDRO F. SOLER MUNIZ
USDC/PR NO. 212909
1357 ASHFORD AVE., PMB 106
SAN JUAN, PR 00907
Tel. 787-774-6522; Fax 787-706-8680
psoler@pedrosolerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Digitally signed by Antonio Rodriguez-Gonzalez
Date: 2021.02.17 12:28:33 -04'00'

Date: 02/17/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-cv-1077(WGY)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Conjugal Partnership DuBoca Poe
was received by me on *(date)* 19/2/2021.

☒ I personally served the summons on the individual at *(place)* 68 Calle Santa Cruz, Torre San Pablo 101 Suite, Bayamon   on *(date)* 23/2/2021   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 23/2/2021

*Server's signature*

Victor Guadalupe
*Printed name and title*

Entes Americana Gondu
C-20 Edif. 2A apt 347
Trujillo Alto
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| JOHANNA NEGRON ADAMES, ET ALS <br><br> *Plaintiff(s)* <br> v. <br> DORADO HEALTH, INC. d/b/a BAYAMON MEDICAL CENTER, ET ALS <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 21-cv-1077(WGY) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DR. EDWIN BAEZ MONTALVO
Ave. Aguas Buenas Bloque 16, Bayamon, PR 00959

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   PEDRO F. SOLER MUNIZ
USDC/PR NO. 212909
1357 ASHFORD AVE., PMB 106
SAN JUAN, PR 00907
Tel. 787-774-6522; Fax 787-706-8680
psoler@pedrosolerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: 02/17/2021

Digitally signed by Antonio Rodriguez-Gonzalez
Date: 2021.02.17 12:28:49 -04'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-cv-1077(WGY)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* EDWIN BAEZ

was received by me on *(date)* 2/23/2021 .

☒ I personally served the summons on the individual at *(place)* Ave. Aguas Buenas Bloque 16 Bayamón, P.R. 00959 on *(date)* 2/23/2021 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 23/2/21

Server's signature

Victor Guadalupe
Printed name and title

Inter Americana Garden
C-20-Edif. 2 Apt-347 turpile alts
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| JOHANNA NEGRON ADAMES, ET ALS <br><br> *Plaintiff(s)* <br> v. <br> DORADO HEALTH, INC. d/b/a BAYAMON MEDICAL CENTER <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 21-cv-1077(WGY) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Conjugal partnership BAEZ-DOE
Ave. Aguas Buenas Bloque 16, Bayamon, PR 00959

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   PEDRO F. SOLER MUNIZ
USDC/PR NO. 212909
1357 ASHFORD AVE., PMB 106
SAN JUAN, PR 00907
Tel. 787-774-6522; Fax 787-706-8680
psoler@pedrosolerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARIA ANTONGIORGI-JORDAN, ESQ.
CLERK OF COURT

Digitally signed by Antonio Rodriguez-Gonzalez
Date: 2021.02.17 12:28:12 -04'00'

Date:    02/17/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-cv-1077(WGY)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Conjugal Partnership Baez-Doe
was received by me on *(date)* 2/2/2021.

☒ I personally served the summons on the individual at *(place)* Dr. Edwin Baez Ave. Aguas Buenas Bloque 16 Bayamon, P.R. 00959 on *(date)* 2/23/2021 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 23/2/2021

*Server's signature*

Victor Guadalupe
*Printed name and title*

Inter Americana Garden
C-20 Edif-2A apt-347
Trujillo Alto.
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| JOHANNA NEGRON ADAMES, ET ALS <br><br> *Plaintiff(s)* <br> v. <br> DORADO HEALTH, INC. d/b/a BAYAMON MEDICAL CENTER, et als <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SIMED
Edificio Centro Europa Oficina 501, 1492 Ave. Ponce de Leon
Hato Rey, PR

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    PEDRO F. SOLER MUNIZ
USDC/PR NO. 212,909
1357 ASHFORD AVE., PMB 106
SAN JUAN, PR 00907
Tel. 787-774-6522; Fax 787-706-8680
psoler@pedrosolerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

Case 3:21-cv-01077-WGY Document 7 Filed 02/22/21 Page 12 of 18
Case 3:21-cv-01077 Document 1-12 Filed 02/16/21 Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SIMED
was received by me on *(date)* 2/21/2021 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lic Alexandra Angel, who is designated by law to accept service of process on behalf of *(name of organization)* Simed on *(date)* 22/2/21 ; or 1:51 Pm 22/2/21

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/23/2021

_____
Server's signature

Victor Guadalupe
Printed name and title

Inter Americana Gardens
C-220 Calle 2A apt-347
Tuyette Alto
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| JOHANNA NEGRON ADAMES, ET ALS <br><br> *Plaintiff(s)* <br> v. <br> DORADO HEALTH, INC. d/b/a BAYAMON MEDICAL CENTER, et als <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 21-cv-1077(WGY) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bayamón Medical Center, Corp.
Carr. 2, Km 11.7, Bayamon, PR 00959

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   PEDRO F. SOLER MUNIZ
USDC/PR NO. 212,909
1357 ASHFORD AVE., PMB 106
SAN JUAN, PR 00907
Tel. 787-774-6522; Fax 787-706-8680
psoler@pedrosolerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARIA ANTONGIORGI-JORDAN, ESQ.
CLERK OF COURT

Date:   02/17/2021

Digitally signed by Antonio Rodriguez-Gonzalez
Date: 2021.02.17 17:28:22 -04'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-cv-1077(WGY)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bayamon Medical Center
was received by me on *(date)* 21/2/2021.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Oruz Santiago, who is designated by law to accept service of process on behalf of *(name of organization)* Bayamon Medical Center Corp on *(date)* 22/2/21 ; or 11:50 PM

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 22/2/21

*Server's signature*

Vector Guadalupe
*Printed name and title*

Inter American Gardens
C-20 Edif-2A apt 347
Trujillo Alto.
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

JOHANNA NEGRON ADAMES, ET ALS

*Plaintiff(s)*

v.

DORADO HEALTH, INC. d/b/a BAYAMON MEDICAL CENTER, et als

*Defendant(s)*

Civil Action No. 21-cv-1077(WGY)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE MEDICAL PROTECTIVE COMPANY d/b/a MEDPRO GROUP through the Office of the Insurance Commissioner of Puerto Rico
Edificio World Plaza 906, 268 Ave. Muñoz Rivera
San Juan, PR 00918

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: PEDRO F. SOLER MUNIZ
USDC/PR NO. 212,909
1357 ASHFORD AVE., PMB 106
SAN JUAN, PR 00907
Tel. 787-774-6522; Fax 787-706-8680
psoler@pedrosolerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: 02/17/2021

Digitally signed by Antonio Rodriguez-Gonzalez
Date: 2021.02.17 12:30:48 -04'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-cv-1077(WGY)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Medical Protective Co.
was received by me on *(date)* 19/2/2021 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Brenda Perez Lic. , who is
designated by law to accept service of process on behalf of *(name of organization)* Dorado Health
Inc. d/b/a Bayamon Medical on *(date)* 19/2/21 ; or 11:27 AM

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 19/2/2021

*Server's signature*

Victor Guadalupe
*Printed name and title*

Inter American Grand
C-20 Edif. 2A apt 347
Trujillo Alto
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | | |
|---|---|---|
| JOHANNA NEGRON ADAMES, ET ALS | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 21-cv-1077(WGY) |
| DORADO HEALTH, INC. d/b/a BAYAMON MEDICAL CENTER, et als | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PUERTO RICO MEDICAL DEFENSE INSURANCE COMPANY
The Corporate Building Center
Suite 702, 33 Calle Resolución
San Juan, PR 00920

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: PEDRO F. SOLER MUNIZ
USDC/PR NO. 212,909
1357 ASHFORD AVE., PMB 106
SAN JUAN, PR 00907
Tel. 787-774-6522; Fax 787-706-8680
psoler@pedrosolerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: 02/17/2021



Digitally signed by Antonio Rodriguez-Gonzalez
Date: 2021.02.17 12:31:23 -04'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-cv-1077(WGY)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Puerto Rico Medical Defense Ins. Co.
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Monica Bou____ , who is designated by law to accept service of process on behalf of *(name of organization)* P.R. Medical Defense Insurance Company on *(date)* 22/2/21 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 22/2/2021

_____
Server's signature

Victor Guadalupe
Printed name and title

Cond. America Garden
C-20 Calle 24 Apt 347
Trujillo Alto
Server's address

Additional information regarding attempted service, etc: