# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **JOHANNA NEGRON ADAMES, on her own behalf; JOANLYN QUIÑONES NEGRON, on her own behalf; ROBERTO QUIÑONEZ NEGRÓN, on his own behalf**<br><br>Plaintiffs<br><br>vs.<br><br>**DORADO HEALTH, INC. d/b/a BAYAMON MEDICAL CENTER; DR. EDWIN BÁEZ MONTALVO and the conjugal partnership formed with JANE DOE; DR. FRANCISCO DUBOCQ BERDEGUEZ and the conjugal partnership formed with PATTY POE; SIMED; PUERTO RICO MEDICAL DEFENSE INSURANCE COMPANY; THE MEDICAL PROTECTIVE COMPANY d/b/a MEDPRO GROUP ; COMPANIES A-Z; JOHN DOE; PATTY DOE**<br><br>Defendants | CIVIL NO. 21-CV-01077 (WGY)<br><br>PLAINTIFFS REQUEST JURY TRIAL |

## ORDER

Examined Plaintiffs "Motion Requesting Order" at Docket No. ____, said motion is granted and orders:

> Oficina de Reglamentación y Certificación de los Profesionales de Salud
> Junta de Licenciamiento y Disciplina Médica
> Departamento de Salud del Estado Libre Asociado de Puerto Rico
> Edif. GM Tower
> 3er Piso
> Urb. Caribe
> 1590 Calle Ponce de León
> Rio Piedras, PR

To, in the next 30 days, provide a certified and numbered copy of the following documents to Plaintiffs and/or their legal representation:

1

  a. Any and all files, records and documents it has regarding co-defendant Dr. Francisco Dubocq-Berdeguez;

  b. Any and all certifications it has issued to co-defendant Dr. Francsico Dubocq-Berdeguez;

  c. Any and all documents that show that Dr. Dubocq-Berdeguez is eligible to be Board Certified;

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, on this day ____ of September, 2021.


        **S/ WILLIAM G. YOUNG**
        **WILLIAM G. YOUNG**
        **UNITED STATES DISTRICT COURT JUDGE**