IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **JOHANNA NEGRON ADAMES**, on her own behalf; **JOANLYN QUIÑONES NEGRON**, on her own behalf; **ROBERTO QUIÑONEZ NEGRÓN**, on his own behalf<br><br>　Plaintiffs<br><br>　　vs.<br><br>**DORADO HEALTH, INC. d/b/a BAYAMON MEDICAL CENTER; DR. EDWIN BÁEZ MONTALVO and the conjugal partnership formed with JANE DOE; DR. FRANCISCO DUBOCQ BERDEGUEZ and the conjugal partnership formed with PATTY POE; SIMED; PUERTO RICO MEDICAL DEFENSE INSURANCE COMPANY; THE MEDICAL PROTECTIVE COMPANY d/b/a MEDPRO GROUP ; COMPANIES A-Z; JOHN DOE; PATTY DOE**<br><br>　Defendants | CIVIL NO. 21-CV-01077 (WGY)<br><br>PLAINTIFFS REQUEST<br>JURY TRIAL |

## ORDER

Examined Plaintiffs "Motion Requesting Order" at Docket No. \_\_\_\_, said motion is granted and orders:

>　Colegio de Médicos Cirujanos de Puerto Rico
>　1054 Ave. Muñoz Rivera
>　Esq. Tulane
>　San Juan, PR 00927

To, in the next 30 days, provide a certified and numbered copy of the following documents to Plaintiffs and/or their legal representation:

　a. Any and all files, records and documents it has regarding co-defendant Dr. Francisco Dubocq-Berdeguez;

1

    b. Any and all certifications it has issued to co-defendant Dr. Francsico Dubocq-Berdeguez;

    c. Any and all documents that show that Dr. Dubocq-Berdeguez is eligible to be Board Certified;

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, on this day ____ of September, 2021.

                                        **S/ WILLIAM G. YOUNG**
                                        **WILLIAM G. YOUNG**
                                        **UNITED STATES DISTRICT COURT JUDGE**