THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **JOHANNA NEGRÓN ADAMES**, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **DORADO HEALTH INC.**, *et al.*, <br><br> *Defendants*. | Civ. No. 21-01077 (MAJ) |

## AMENDED PARTIAL JUDGMENT

In accordance with Order at ECF No. 206, partial judgment is entered **DISMISSING** all claims **WITH PREJUDICE** against **Dr. Edwin Baez**, **his Conjugal Partnership**; **Puerto Rico Medical Defense Insurance Company** as his insurance company; and **Bayamon Medical Center Corp.** and **The Medical Protective Company d/b/a MedPro Group** as its insurance company, without the imposition of costs and attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 21st day of December 2023.

*S/ María Antongiorgi-Jordán*
**MARIA ANTONGIORGI-JORDAN**
**UNITED STATES DISTRICT JUDGE**