THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **JOHANNA NEGRÓN ADAMES,** *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**DORADO HEALTH INC.,** *et al.*,<br><br>*Defendants*. | Civ. No. 21-01077 (MAJ) |

## PARTIAL JUDGMENT

In accordance with Order at ECF No. 225, partial judgment is entered **DISMISSING** all claims **WITH PREJUDICE** against **Dr. Francisco Dubocq, his Conjugal Partnership**; and **SIMED** as his insurance company, without the imposition of costs and attorneys' fees. This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 11th day of January 2024.

*S/ María Antongiorgi-Jordán*
MARIA ANTONGIORGI-JORDAN
UNITED STATES DISTRICT JUDGE